Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROBERT ALAN GROSHONG** )<br>**Plaintiff,** )<br>)<br>**vs.** )<br>) | **Case No. 24-3021-JWL** |
| )<br>)<br>**JOHN-MARK A. HENKE, et al.** )<br>**Defendants.** )<br>_____ ) | |

## MOTION FOR EXTENSION OF TIME TO FILE *MARTINEZ* REPORT

   **COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Laine C. Barnard, and moves this Court for an order extending the time to file the *Martinez* Report ordered by the Court in this matter.  In support of this motion, KDOC states as follows:

1. The Court ordered the Kansas Department of Corrections (KDOC) to submit a *Martinez* Report by May 13, 2024 to assist the Court in the proper processing of Plaintiff's claim.

2. This is counsel's second request for extension.  Counsel is requesting additional time due to an unusually high work volume in daily legal facility matters and state and federal case

deadlines. Counsel recently completed a *Martinez* report on July 3, 2024 in United States District Court, District of Kansas case 24-3024-JWL.

3. Counsel has not consulted with plaintiff *pro se* before filing this motion.

**WHEREFORE**, KDOC respectfully requests a sixty (60) extension, or until September 12, 2024, to file the *Martinez* report ordered in this cause.

/s/ Laine C. Barnard
Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants. I further y certify that a true and correct copy of the foregoing was sent via facility mail on this 12th day of July 2024 to:

Robert Groshong, #127459
EDCF
P.O. Box 311
El Dorado, Kansas  67042

/s/ Laine C. Barnard
Laine C. Barnard, SC #19467