In the USDC of Kansas

Robert Groshong, plaintiff,

v.

JohnMark A. Henke, Shara Wark, Defendants.

Case # 24-3021-JWL

7-15-24

Motion For Notice of Failure to Comply With Court Orders and Request for Judgment

This motion is by Pro Se Plaintiff, Robert Groshong. It is to notify the Courts that the intrested Parties and Defendants have failed to supply the plaintiff with the Martinez Report Ordered to be submitted on July 14th, 2024.

Conclusion

Plaintiff requests this Honorable Court to grant forward processing of his complaint, and to continue with screening based on the above evidence, and the evidence that he has presented prievosly.

Certificate of Service

This is to certify that the foregoing was efiled according to Supreme Court Rules.

Sincerley,

Robert Alan Groshong #127459
EDCF PO Box 311
El Dorado, KS 67042