In the USDC of KS

Robert Groshong,
plaintiff

John-Mark A Henke
Defendant(s) all

Case No.
24-3021-JWL

Motion For
Reasoning on not
Dismissing Plaintiffs
Claim

Now comes the plaintiff, Robert Groshong, pro se, and offers the following facts as to why his claim shouldn't be dismissed;

Facts

Section 1: Gang affiliations, etc

Although it is irrelevant to the matter at hand, "plaintiff" "does not" have any "Neighborhood Crip" tatoos on his arms. Plaintiff is not a "Neighborhood Crip" never admitted to being one. Plaintiff used to be a member of the "7Duce Hoover Crips" in

in Kansas City, KS, until he "dropped his rag" or left his gang.

Plaintiff has/had NO knowledge of any "Validations, or Suspect list"

{Tatoos}
Plaintiffs arm tatoos state ① "Hoover Groovin Crip, 72nd Street"
② "Scimp Gang Mob"
③ "913"
④ "66104"
⑤ "KC"

Plaintiffs Face tattoos on his Forehead state ① "7 Deuce - HGC", along with a "Diamond" under his left eye, and "two teardrops" under his right eye

Plaintiffs has "Seventy Second Street" tatooed on his collar bone, and "three diamonds" on his chest.
    {This is not all of Plaintiffs Tattoos}
Plaintiffs tatoos are irelevant to the situation at hand, but upon admittence to RDU, plaintiffs last name was spelled incorrectly, his time served/jail credit was miscalculated, and his tatoo/scar inventory done Incorrectly.

KDOC has resolved only some of these issues.

{Facts #2
Issues with STG Members}

Even KDOC gave a "Interfacility Request" (exibit G) in their Martinez report, stating that plaintiff has problems with "Surenos, ABs etc".
This was the whole reason why plaintiff was transferred from HCF to EDCF

{Conclusion}
The Fact that Mr. Henke, who was UTM, and in charge of the cellhouse moves that day, had this information available, yet failed to review/read it, supports "Deliberate Indifference + Failure to Protect".

Shara Clark also told the plaintiff after the incident that "She was sorry, she was only trying to help Henke do his job, because he is incompetent".

Thus, Shara Clark was doing more than "just asking" if plaintiff would live with Rodriguez, she was "attempting to do his job".

As to Rodriguez's tatoos and STG involument, Plaintiff wasn't able to SEE the inmate

who attacked him until placment in the cell. KDOC, again, has admitted that they knew rodriguez was a Sureno, due to gang related tatoos, and had placed plaintiff with him.

Unfourtanatley, KDOC is trying to explain away the fact that their staff was negligent in doing cell house moves, failed to review plaintiffs file, and got the plaintiff physically attacked.

Sincerley,

Robert Groshong #0127459
EDCF PO Box 311
El Dorado, KS 67042

Certificate of Service

This is to verify that a true copy of the following was efiled according to supreme court rules.

Sincerely,

Robert Groshong #0127450
EDCF PO Box 311
El Dorado, KS 67042